IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH FLOWERS,** | Case No. C 14-0589 CW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **FRED FOULK, Warden,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to respond to this Court's Order to Show Cause filed on August 22, 2014, will be extended to December 20, 2014. Petitioner's response, if any, shall be filed and served within 30 days of service of the answer.

Dated: _____10/22/2014_____

The Honorable Claudia Wilken

1

[Proposed] Order (C 14-0589 CW (PR))