IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH FLOWERS,**<br><br>                                Petitioner,<br><br>   v.<br><br>**FRED FOULK, Warden,**<br><br>                                Respondent. | Case No. C 14-0589 CW (PR)<br><br>[PROPOSED] ORDER |

   GOOD CAUSE being shown, the Court hereby grants respondent's second request for an enlargement of time to and including **February 18, 2015**, in which to file and serve a response to the petition for writ of habeas corpus.

   IT IS SO ORDERED.

Dated:  12/16/2014

_____
The Honorable Claudia Wilken
United States District Judge