IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH FLOWERS, | No. C 14-0589 CW |
| Petitioner, | |
| v. | ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| F. FOULK, Warden, | |
| Respondent. | |
|  | (Docket No. 75) |

Respondent moves for leave to file a motion for reconsideration pursuant to Civil Local Rule 7-9. Under this rule, Respondent "must specifically show reasonable diligence in bringing the motion" and one of the following circumstances: (1) that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought" and "that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order"; (2) new material facts or law emerged after the order was issued; or (3) there was a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Civil Local Rule 7-9(b).

The Court DENIES the motion as to claim 6 and GRANTS the motion as to claim 5(b).

The Court will consider the portion of the attached motion for reconsideration concerning claim 5(b).  The Court also permits Respondent to submit supplemental briefing "to address the successiveness bar" of no more than five pages within two weeks of the date of this order.  Docket No. 75, Motion for Reconsideration at 6.

Within four weeks of the date of this order, Petitioner may submit a response of no more than ten pages.

Within five weeks of the date of this order, Respondent may submit a reply of no more than five pages.

IT IS SO ORDERED.

Dated: March 28, 2016

CLAUDIA WILKEN
United States District Judge